UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Donald Michael Hutman,  Civil No. 06-2241 (DWF/SRN)

      Plaintiff,

v.  **ORDER**

Six Unknown Names Agents,

      Defendant.

---

Donald Michael Hutman, *Pro Se*, Plaintiff.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated September 26, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

This action is summarily **DISMISSED WITHOUT PREJUDICE**.

Dated: October 18, 2006            s/Donovan W. Frank
                                            DONOVAN W. FRANK
                                            Judge of United States District Court